# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2021

Bridget M. McCormack,
Chief Justice

162745(76)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SANDSTONE CREEK SOLAR, LLC, and
GARY WALTERS,
       Plaintiffs-Appellants,

v

TOWNSHIP OF BENTON,
       Defendant-Appellee.

_____/

SC: 162745
COA: 352910
Eaton CC: 2019-001256-CH

On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before May 26, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2021



Clerk